Matthew R. Orr, Bar No. 211097
morr@calljensen.com
Scott R. Hatch, Bar No. 241563
shatch@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Defendant OfficeMax North America, Inc.,
erroneously sued as OfficeMax Incorporated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY DARDARIAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>OFFICEMAX INCORPORATED, a Delaware corporation,<br><br>    Defendant. | Case No. 4:11-cv-00947 SBA<br><br>**ORDER ON STIPULATION TO FILE AMENDED COMPLAINT AND ESTABLISH RESPONSIVE PLEADING DEADLINE**<br><br>Complaint Filed:   March 1, 2011<br>Trial Date:           None Set |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that,

1.      Plaintiff shall have up to and including April 15, 2011 to amend her Complaint solely to substitute defendant OfficeMax North America, Inc. in place of erroneously sued OfficeMax Incorporated; and

**CALL & JENSEN**
A PROFESSIONAL CORPORATION

2.     OfficeMax North America, Inc. shall have seven business days (plus additional time, if any, based upon type of service) from the date it is served with the amended complaint to file and serve its responsive pleading to the amended complaint.

**IT IS SO ORDERED.**

Dated: 4/7/11

_____
Honorable Saundra Brown Armstrong
Judge of the United States District Court

CALL & JENSEN
A PROFESSIONAL CORPORATION

ORDER ON STIPULATION TO FILE AMENDED COMPLAINT AND ESTABLISH RESPONSIVE PLEADING DEADLINE