FILED

1   SEYFARTH SHAW LLP
    Michael J. Burns (SBN 172614)
2   E-mail: mburns@seyfarth.com
    Giovanna Alicia Ferrari (SBN 229871)
3   E-mail: gferrari@seyfarth.com
    560 Mission Street, 31st Floor
4   San Francisco, California  94105
    Telephone:  (415) 397-2823
5   Facsimile:  (415) 397-8549

6   Attorneys for Defendant
    OFFICEMAX INCORPORATED
7

8                     UNITED STATES DISTRICT COURT

9           IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11  NANCY DARDARIAN, individually and on      )   Case No. 11-cv-00947 SBA
    behalf of all others similarly situated,  )
12                                            )   **SUBSTITUTION OF COUNSEL AND**
                                              )   **[PROPOSED] ORDER GRANTING**
        Plaintiff,                            )   **SUBSTITUTION**
13                                            )
                                              )
14      v.                                    )
                                              )
15  OFFICEMAX INCORPORATED, a Delaware        )
    corporation                               )
                                              )
16                                            )
        Defendant.                            )
17  _____ )

18          Defendant OfficeMax Incorporated ("OfficeMax") has been represented by Matthew

19  Ryan Orr, Scott Richard Hatch, Elham Marder, and Jeffrey Daymon Neumeyer in this action.

20          It is hereby consented that Michael J. Burns and Giovanna A. Ferrari of Seyfarth Shaw

21  LLP, 560 Mission St., Suite 3100, San Francisco, California 94105 [Telephone: (415) 397-2823,

22  Fax: (415) 397-8549] be and hereby are substituted in place and instead of Matthew Ryan Orr

23  and Scott Richard Hatch of Call & Jensen, 610 Newport Center Drive, Suite 700, Newport

24  Beach, CA 92660 as attorneys for OfficeMax in this action and that this substitution be entered

25  into effect without further notice.  The substitution has no effect on Mr. Neumeyer and Ms.

26  Marder's representation of OfficeMax in this action; they will continue to represent OfficeMax

27  and should receive all notices and pleadings in this matter.

28          Accordingly, if the Court approves this substitution, all further notices and pleadings in

1 | this matter should be sent to:

2 | Michael J. Burns
  | Seyfarth Shaw LLP
3 | 560 Mission St., Suite 3100
  | San Francisco, California 94105
4 | Telephone: 415-397-2823
  | Facsimile: 415-397-8549
5 | mburns@seyfarth.com

6 | Giovanna A. Ferrari
  | Seyfarth Shaw LLP
7 | 560 Mission St., Suite 3100
  | San Francisco, California 94105
8 | Telephone: 415-397-2823
  | Facsimile: 415-397-8549
9 | gferrari@seyfarth.com

10 | Elham Marder
   | OfficeMax Incorporated
11 | 1111 West Jefferson St., Suite 510
   | Boise, ID 83702
12 | Telephone: 208-388-4183
   | Facsimile:   630-647-3864
13 | ElhamMarder@OfficeMax.com

14 | Jeffrey Daymon Neumeyer (Admitted *Pro Hac Vice*)
   | OfficeMax Incorporated
15 | 1111 West Jefferson St., Suite 510
   | Boise, ID 83702
16 | Telephone: 208-388-4177
   | Facsimile:   630-647-3864
17 | JeffNeumeyer@OfficeMax.com

18 | By signing below, OfficeMax's counsel hereby agree to this substitution and represent

19 | that it will cause no delay in the prosecution of this case to completion.

20 | DATED:       September 26, 2011          SEYFARTH SHAW LLP

21 | By:_____/S/_____
                        Michael J. Burns
22 |

23 | Attorneys for Defendant
   | OFFICEMAX INCORPORATED

24 | DATED:       September 26, 2011          SEYFARTH SHAW LLP

25 | By:_____/S/_____
                        Giovanna A. Ferrari
26 |

27 | Attorneys for Defendant
   | OFFICEMAX INCORPORATED

28 |

Substitution of Attorney and [Proposed] Order Granting the Substitution of Attorney / Case No. 11-cv-00947 SBA

1   DATED:     September 26, 2011       OFFICEMAX INCORPORATED

2                                        By:_____/S/_____

3                                             Elham Marder

4                                     Attorneys for Defendant
OFFICEMAX INCORPORATED

5   DATED:     September 26, 2011       OFFICEMAX INCORPORATED

6                                        By:_____/S/_____

7                                           Jeffrey Daymon Neumeyer

8                                     Attorneys for Defendant
OFFICEMAX INCORPORATED

9   DATED:     September 26, 2011       CALL & JENSEN

10                                      By:_____/S/_____

11                                             Matthew R. Orr

12                                     Attorneys for Defendant
OFFICEMAX INCORPORATED

13   DATED:     September 26, 2011       CALL & JENSEN

14                                      By:_____/S/_____

15                                             Scott R. Hatch

16                                     Attorneys for Defendant
OFFICEMAX INCORPORATED

17

## [~~PROPOSED~~] ORDER

18      IT IS SO ORDERED.

19

20

21   DATED:___9/27/11___

22                                     Honorable Saundra B. Armstrong
United States District Judge

Substitution of Attorney and [Proposed] Order Granting the Substitution of Attorney / Case No. 11-cv-00947 SBA

1

**Attestation Pursuant to General Order No. 45, Section X**

2      I hereby attest that I have on file all holograph signatures for any signatures indicated by

3  a "conformed" signature (/s/) within this efiled document.

4      I declare under penalty of perjury under the laws of the State of California that the

5  foregoing is true and correct.  Executed this 26th day of September, 2011, at San Francisco,

6  California.

7

8                                                                   _____

                                                                    Giovanna A. Ferrari
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Substitution of Attorney and [Proposed] Order Granting the Substitution of Attorney / Case No. 11-cv-00947 SBA