SEYFARTH SHAW LLP
Michael J. Burns (SBN 172614)
E-mail: mburns@seyfarth.com
Giovanna Alicia Ferrari (SBN 229871)
E-mail: gferrari@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549

Jeffrey D. Neumeyer (*Admitted Pro Hac Vice*)
Email: jeffneumeyer@officemax.com
Elham Marder (SBN 251981)
Email: ElhamMarder@officemax.com
OFFICEMAX INCORPORATED
1111 West Jefferson Street, Suite 510
Boise, Idaho 83702
Telephone: (208) 388-4177
Facsimile: (630) 647-3864

Attorneys for Defendant
OFFICEMAX NORTH AMERICA, INC.

**OTHER ATTORNEY INFORMATION ON NEXT PAGE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| NANCY DARDARIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICEMAX NORTH AMERICA, INC., an Ohio corporation,<br><br>Defendant. | Case No. 4:11-cv-00947 SBA<br><br>**STIPULATION AND ORDER REGARDING AMENDMENT TO CIVIL CASE MANAGEMENT CONFERENCE MINUTES; DECLARATION OF GIOVANNA A. FERRARI IN SUPPORT THEREOF**<br><br>Judge:          Hon. Saundra B. Armstrong |
| NATHAN THOMS, individually and on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICEMAX NORTH AMERICA, INC., an Ohio corporation; and DOES 2 through 50, inclusive, | Case No. 4:11-cv-002233 SBA |

Stipulation and [Propose] Order Regarding Amendment to Civil Case Management Minutes
Case Nos. 4:11-cv-00947 SBA and 4:11-cv-002233 SBA

|   |   |
|---|---|
| 1 | Defendants. ) |
| 2 | H. Tim Hoffman (SBN 049141) )<br>Arthur W. Lazear (SBN 083603) ) |
| 3 | Chad A. Saunders (SBN 257810) )<br>Email: cas@hoffmanandlazear.com ) |

```
 1                  Defendants.            )
    H. Tim Hoffman (SBN 049141)            )
 2  Arthur W. Lazear (SBN 083603)          )
    Chad A. Saunders (SBN 257810)          )
 3  Email: cas@hoffmanandlazear.com        )
    HOFFMAN & LAZEAR                       )
 4  180 Grand Avenue, Suite 1550           )
    Oakland, California 94612              )
 5  Telephone: (510) 763-5700              )
    Facsimile: (510) 835-1311              )
 6                                         )
    Attorneys for Plaintiff                )
 7  NANCY DARDARIAN                        )
                                           )
 8  Gene J. Stonebarger (SBN 209461)       )
    Email: gstonebarger@stonebargerlaw.com )
 9  Richard D. Lambert (SBN 251148)        )
    STONEBARGER LAW                        )
10  A Professional Corporation             )
    75 Iron Point Circule, Suite 145       )
11  Folsom, California 95630               )
    Telephone: (916) 235-7140              )
12  Facsimile: (916) 235-7141              )
                                           )
13  Attorneys for Plaintiff                )
    NATHAN THOMS                           )
14                                         )
```

15    Pursuant to Local Rules 6-2 and 7-12, Plaintiff Nancy Dardarian ("Dardarian"), Plaintiff

16 Nathan Thoms ("Thoms") and Defendant OfficeMax North America, Inc. ("OfficeMax")

17 (collectively, the "Parties") stipulate to amend the civil case management conference minutes to

18 reflect the certain dates agreed to by the Parties and the Court during the November 16, 2011

19 case management conference, namely: (1)  12/16/2011 as the last day to file a consolidated

20 amended complaint; and (2) 7/31/2012 as the date of the hearing on class certification motions,

21 for the reasons stated in the Declaration of Giovanna A. Ferrari attached hereto as Exhibit A.

22    IT IS SO STIPULATED.

23 DATED: November 23, 2011        SEYFARTH SHAW LLP

24                                 By    /s/
25                                      Michael J. Burns
                                        Giovanna A. Ferrari
                                   Attorneys for Defendant
26                                 OFFICEMAX NORTH AMERICA, INC.

27

28

1 | DATED: November 23, 2011 | OFFICEMAX INCORPORATED

By   /s/
    Jeffrey D. Neumeyer
    Elham Marder
Attorneys for Defendant
OFFICEMAX NORTH AMERICA, INC.

DATED: November 23, 2011     HOFFMAN & LAZEAR

By   /s/
    H. Tim Hoffman
    Arthur W. Lazear
    Chad A. Saunders
Attorneys for Plaintiff
NANCY DARDARIAN

DATED: November 23, 2011     STONEBARGER LAW

By   /s/
    Gene J. Stonebarger
    Richard D. Lambert
Attorneys for Plaintiff
NATHAN THOMS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _12/12/11

*Saundra B. Armstrong*
Hon. Judge Saundra Brown Armstrong