**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NANCY DARDARIAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>OFFICEMAX NORTH AMERICA, INC.,<br><br>    Defendant. | Case No.: C-11-0947-YGR<br><br>**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING SCHEDULE** |

After reviewing the parties' Joint Updated Case Management Statement, the Court Orders the following:

The briefing schedule on Defendant's motion for a judicial determination as to whether the California Supreme Court's decision in *Pineda v. Williams-Sonoma Stores, Inc.*, 51 Cal.4th 524 (Cal. 2011) should apply only prospectively, is as follows:

| | |
|---|---|
| DEFENDANT'S MOTION must be filed and served by: | April 16, 2012 |
| PLAINTIFFS' OPPOSITION must be filed and served by: | April 30, 2012 |
| DEFENDANT'S REPLY must be filed and served by: | May 7, 2012 |
| HEARING ON MOTION set for: | May 22, 2012 |

The Case Management Conference set for April 16, 2012 is **VACATED**. The request to participate by telephone at the April 16, 2012 Case Management Conference is **DENIED AS MOOT**.

The Case Management Conference is **RESET** for **Monday, June 11, 2012** at **2:00 p.m.** Counsel are advised to plan accordingly as personal appearance will be required.

The hearing on Class Certification Motions set for July 31, 2012 is **VACATED**. This and other deadlines will be modified at the next Case Management Conference.

This Order Terminates Docket Number 42.

**IT IS SO ORDERED.**

Dated: April 10, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**