Gene J. Stonebarger, State Bar No. 209461
gstonebarger@stonebargerlaw.com
Richard D. Lambert, State Bar No. 251148
rlambert@stonebargerlaw.com
Elaine W. Yan, State Bar No. 277961
eyan@stonebargerlaw.com
STONEBARGER LAW, APC
75 Iron Point Circle, Suite 145
Folsom, CA  95630
Telephone:     (916) 235-7140
Facsimile:      (916) 235-7141

H. Tim Hoffman, State Bar No. 049141
hth@hoffmanandlazear.com
Chad A. Saunders, State Bar No. 257810
cas@hoffmanandlazear.com
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone:     (510) 763-5700
Facsimile:      (510) 835-1311

*Attorneys for Plaintiff Nancy Dardarian and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| NANCY DARDARIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICEMAX NORTH AMERICA, INC., an Ohio corporation,<br><br>Defendant. | Case No. 4:11-cv-00947 YGR<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Date: November 27, 2012<br>Time: 2:00 p.m.<br>Judge: Hon. Yvonne Gonzales Rogers |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that on November 27, 2012 at 2:00 p.m. in Courtroom 3 of the Northern District of California, Oakland Division, Plaintiff Nancy Dardarian will move for an order seeking:

(1)  Certification of the following Class pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure ("FRCP") with respect to the Consolidated Class Action Complaint on file in this action against Defendant OfficeMax North America, Inc.'s ("Defendant"):

> All persons from whom Defendant requested and recorded a ZIP code in conjunction with a credit card purchase transaction at a California retail store from March 1, 2010 through February 22, 2011 (the "Class").

Excluded from the Class are: (i) any specific transaction wherein a who utilized a credit card issued to a business was used; or (ii) any specific transaction that involved shipping, delivery, servicing, or installation of the purchased merchandise, or special orders; (iii) officers and directors of Defendant and its corporate parents, subsidiaries, affiliates, or any entity in which Defendant has a controlling interest, and the legal representatives, successors, or assignees of any such excluded persons or entities; and (iv) the Court.

(2)  Appointing Plaintiff Nancy Dardarian as the Class Representative for the Class; and

(3)  Appointing the law firms of Stonebarger Law, APC and Hoffman & Lazear as Class Counsel.

This motion is based upon this Notice of Motion, the Declaration of Gene J. Stonebarger and the exhibits attached thereto, the Declaration of Plaintiff Nancy Dardarian, the accompanying Memorandum of Points and Authorities in Support of Plaintiff's Motion for Class Certification, and the pleadings and papers in this proceeding, as well as such further argument as the Court may allow at a hearing on this motion.  As is more particularly set forth in the accompanying Memorandum, Plaintiff represents that she has satisfied all of the applicable requirements for Class Certification and the relief requested on this motion.

/ / /

/ / /

Dated: September 19, 2012       STONEBARGER LAW, APC

                                HOFFMAN & LAZEAR

                                By:     */s/ Gene J. Stonebarger*
                                        Gene J. Stonebarger
                                        gstonebarger@stonebargerlaw.com
                                        Richard D. Lambert
                                        rlambert@stonebargerlaw.com

                                Attorneys for Plaintiff and the Class