**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NANCY DARDARIAN** *et al.*,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>**OFFICEMAX NORTH AMERICA, INC.**,<br><br>　　　　Defendant. | Case No.: 11-CV-00947 YGR<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO SEAL** |

　　　　The Court has reviewed Plaintiffs' Administrative Motion to Seal exhibits to its motion for class certification (Dkt. No. 68), and the Responsive Declaration of Benjamin B. Byrd in Support of the Motion to Seal (Dkt. No. 69).

　　　　The Rule 26(c) "good cause" standard applies to documents submitted in connection with non-dispositive motions, such as discovery motions, and the court may seal the documents "to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." *Pintos, supra,* 565 F.3d at 1116. The Court does not find good cause to seal the documents.

　　　　Therefore, the Administrative Motion to Seal is **DENIED**. Plaintiffs shall file Exhibits C, D, E, F, and G, attached to the Declaration of Gene Stonebarger in support of Plaintiff's Motion for Class Certification without redaction in the public record pursuant to Civil L.R. 79-5(e).

　　　　This Order Terminates Docket Number 68.

　　　　**IT IS SO ORDERED.**

　　　　Dated: October 1, 2012

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**