1  Gene J. Stonebarger, State Bar No. 209461
   gstonebarger@stonebargerlaw.com
2  Richard D. Lambert, State Bar No. 251148
   rlambert@stonebargerlaw.com
3  Elaine W. Yan, State Bar No. 277961
   eyan@stonebargerlaw.com
4  STONEBARGER LAW, APC
   75 Iron Point Circle, Suite 145
5  Folsom, CA  95630
   Telephone: (916) 235-7140
6  Facsimile: (916) 235-7141

7  H. Tim Hoffman, State Bar No. 049141
   hth@hlsblaw.com
8  Chad A. Saunders, State Bar No. 257810
   cas@hlsblaw.com
9  HOFFMAN LIBENSON SAUNDERS & BARBA
   180 Grand Avenue, Suite 1550
10 Oakland, CA 94612
   Telephone: (510) 763-5700
11 Facsimile: (510) 835-1311

12
   *Attorneys for Plaintiff Nancy Dardarian and the Class*
13
   **OTHER ATTORNEY INFORMATION
14 ON NEXT PAGE**

15

16                     UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

18
   NANCY DARDARIAN, individually and on        Consolidated Case No. 4:11-cv-00947 YGR
19 behalf of all others similarly situated,
                                                **CLASS ACTION**
20          Plaintiffs,
                                                **JOINT NOTICE OF SETTLEMENT**
21          v.

22 OFFICEMAX NORTH AMERICA, INC., an
   Ohio corporation,
23
            Defendant.
24

25

26

27

28

**JOINT NOTICE OF SETTLEMENT / CONSOLIDATED CASE NO. 4:11-cv-00947 YGR**

STONEBARGER LAW
A Professional Corporation

Michael J. Burns, State Bar No. 172614
mburns@seyfarth.com
Giovanna A. Ferrari, State Bar No. 229871
gferrari@seyfarth.com
SEYFARTH SHAW LLP
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Jeffrey D. Neumeyer (*Admitted Pro Hac Vice*)
Email: jeffneumeyer@officemax.com
Elham Marder (SBN 251981)
Email: ElhamMarder@officemax.com
OFFICEMAX INCORPORATED
1111 West Jefferson Street, Suite 510
Boise, Idaho 83702
Telephone: (208) 388-4177
Facsimile: (630) 647-3864

*Attorneys for Defendant OfficeMax North America, Inc.*

STONEBARGER LAW
A Professional Corporation

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**1**

**JOINT NOTICE OF SETTLEMENT  CONSOLIDATED CASE NO. 4:11-cv-00947 YGR**

**PLEASE TAKE NOTICE** that Plaintiffs and Defendant OfficeMax North America, Inc. ("the parties") have reached a settlement in principal of all claims in this actionincluding the class claims.  The parties request that all currently scheduled deadlines be continued in accordance with the stipulation filed concurrently herewith,  The parties are currently in the process of finalizing the settlement agreement and related documents, and Plaintiff anticipates filing her Motion for Preliminary Approval of Class Action Settlement within thirty (30) days.

Dated: February 4, 2013          STONEBARGER LAW, APC

                                 HOFFMAN LIBENSON SAUNDERS & BARBA


                                 By: /s/ *Gene J. Stonebarger*
                                      Gene J. Stonebarger
                                      gstonebarger@stonebargerlaw.com
                                      Attorneys for Plaintiff and the Class

Dated: February 4, 2013          SEYFARTH SHAW LLP


                                 By: /s/ *Michael J. Burns*
                                      Michael J. Burns
                                      mburns@seyfarth.com
                                      Attorneys for Defendant
                                      OfficeMax North America, Inc.

STONEBARGER LAW
A Professional Corporation

**2**

**JOINT NOTICE OF SETTLEMENT  CONSOLIDATED CASE NO. 4:11-cv-00947 YGR**

**FLIER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Joint Notice of Settlement.

Dated: February 4, 2013                    STONEBARGER LAW, APC


By: /s/ *Gene J. Stonebarger*
    Gene J. Stonebarger
    gstonebarger@stonebargerlaw.com
    Attorneys for Plaintiff and the Class

STONEBARGER LAW
A Professional Corporation

**3**

15239352v.1