# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NANCY DARDARIAN** *et al.*, <br><br> **Plaintiff(s),** <br><br> vs. <br><br> **OFFICEMAX NORTH AMERICA, INC.,** <br><br> **Defendant.** | **Case No.: 11-CV-00947 YGR** <br><br> **ORDER SETTING STATUS HEARING RE: REQUEST FOR APPROVAL OF CLASS ACTION SETTLEMENT** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court understands, based upon the representations of the parties, that the parties reached a settlement in principal and that Plaintiff anticipated filing a Motion for Preliminary Approval of a Class Action Settlement within thirty (30) days of the parties' Joint Notice of Settlement (Dkt. No. 105) and Stipulation to Continue All Future Deadlines Pending this Court's Decision on Final Settlement Approval (Dkt. No. 106), both filed on February 4, 2013. (*See also,* Dkt. No. 107, Order Approving Stipulation.) To date no such motion has been filed and the parties have not filed any documents since the Court entered an.

A status hearing shall be held on **Friday, May 17, 2013** on the Court's **9:01 a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5. Five (5) business days prior to the date of the status hearing, either: (a) Plaintiff(s) shall file a Motion for Preliminary Approval of Class Action Settlement; or (b) the parties shall file a one-page **JOINT STATEMENT** setting forth an explanation regarding why no such motion has been filed. If the Motion is filed or the Court is satisfied with the parties' joint response, then the parties need not appear and the hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: April 17, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**