Gene J. Stonebarger, State Bar No. 209461
gstonebarger@stonebargerlaw.com
Richard D. Lambert, State Bar No. 251148
rlambert@stonebargerlaw.com
STONEBARGER LAW, APC
75 Iron Point Circle, Suite 145
Folsom, CA 95630
Telephone:    (916) 235-7140
Facsimile:    (916) 235-7141

*Attorneys for Plaintiff Nathan Thoms and the Class*

H. Tim Hoffman, State Bar No. 049141
hth@hlsblaw.com
Chad A. Saunders, State Bar No. 257810
cas@hlsblaw.com
HOFFMAN LIBENSON SAUNDERS & BARBA
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-5700
Facsimile:   (510) 835-1311

*Attorneys for Plaintiff Nancy Dardarian and the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| NANCY DARDARIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICEMAX NORTH AMERICA, INC., an Ohio corporation,<br><br>Defendant. | Case No. 4:11-cv-00947 YGR<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF REVISED CLASS ACTION SETTLEMENT**<br><br>Date: November 5, 2013<br>Time: 2:00 p.m.<br>Courtroom: 5 – 2nd Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |
| NATHAN THOMS, individually and on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICEMAX NORTH AMERICA, INC., an Ohio corporation; and DOES 2 through 50, inclusive,<br><br>Defendants. | Case No. 4:11-cv-02233 YGR |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that on November 5, 2013, at 2:00 p.m., or as soon thereafter as counsel can be heard in Courtroom 5 of the above-entitled Court located at 1301 Clay Street, Oakland, CA 94612, Plaintiffs will and hereby do move for an Order Preliminarily Approving the Class Action Settlement in this matter pursuant to Federal Rule of Civil Procedure 23, including each of the following:

(1)     preliminarily approving the Settlement Agreement as being fair, reasonable, and adequate;

(2)     provisionally certifying the Class under Fed. R. Civ. P. 23 for settlement purposes only;

(3)     preliminarily approving the form, manner, and content of the Class Notices and Claim Form;

(4)     appointing Plaintiff Nancy Dardarian as the Class representative;

(5)     appointing the law firms of Stonebarger Law, APC and Hoffman Libenson Saunders & Barba as counsel for the Class; and

(6)     setting the date and time of the Fairness Hearing.

This motion for preliminary approval of a class action settlement is based upon this notice of motion and motion, the accompanying memorandum of points and authorities, the supporting Declaration of Gene J. Stonebarger, the records and files in this action, and upon such further and additional papers and argument as may be presented herein.

Dated: September 12, 2013          STONEBARGER LAW, APC

                                   HOFFMAN LIBENSON SAUNDERS & BARBA



                                   By: /s/ Gene J. Stonebarger
                                      Gene J. Stonebarger
                                      gstonebarger@stonebargerlaw.com
                                      *Attorneys for Plaintiffs and the Class*