**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NANCY DARDARIAN and NATHAN THOMS,** *individually and on behalf of all others similarly situated*,<br><br>    **Plaintiffs,**<br><br>    vs.<br><br>**OFFICEMAX NORTH AMERICA, INC.,**<br><br>    **Defendant.** | Case No.: 11-CV-0947-YGR<br><br>**ORDER VACATING COMPLIANCE HEARING** |

On September 9, 2013, the Court issued an order which, among other things, set a compliance hearing for September 27, 2013, pending timely submission of Plaintiffs' renewed motion for preliminary settlement. Dkt. No. 125. On September 13, 2013, Plaintiffs timely filed their motion. Dkt. No. 126. Accordingly, the Court hereby **VACATES** the September 27 compliance hearing.

**IT IS SO ORDERED.**

Dated: September 16, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**