# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NANCY DARDARIAN**, *et al.*, <br><br>    **Plaintiffs,** <br><br>    vs. <br><br> **OFFICEMAX NORTH AMERICA, INC.,** <br><br>    **Defendants.** | Case No.: 11-CV-00947 YGR <br><br> **ORDER GRANTING PRELIMINARY APPROVAL OF REVISED CLASS ACTION SETTLEMENT AGREEMENT** |

For the reasons stated on the record at the hearing held November 5, 2013, the Court hereby **GRANTS** the pending Motion for Preliminary Approval of Revised Class Action Settlement (Dkt. No. 126), with the modified forms of notice supplied by the parties on November 6, 2013 (Dkt. No. 129), *provided* that the parties amend the modified forms of notice to reflect the correct courtroom: the final approval hearing will be held in Courtroom 1 on the 4th Floor of the United States Courthouse located at 1301 Clay Street in Oakland—not, as the current notice indicates, Courtroom 5 on the 2nd Floor.

This Order terminates Docket No. 126.

**IT IS SO ORDERED**.

Date: November 14, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**