Gene J. Stonebarger, State Bar No. 209461
gstonebarger@stonebargerlaw.com
Richard D. Lambert, State Bar No. 251148
rlambert@stonebargerlaw.com
STONEBARGER LAW, APC
75 Iron Point Circle, Suite 145
Folsom, CA 95630
Telephone:    (916) 235-7140
Facsimile:    (916) 235-7141

H. Tim Hoffman, State Bar No. 049141
hth@hlsblaw.com
Chad A. Saunders, State Bar No. 257810
cas@hlsblaw.com
HOFFMAN LIBENSON SAUNDERS & BARBA
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone:  (510) 763-5700
Facsimile:   (510) 835-1417

*Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| NANCY DARDARIAN, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>OFFICEMAX NORTH AMERICA, INC., an Ohio corporation,<br><br>          Defendant. | Case No. 4:11-cv-00947 YGR<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:  March 25, 2014<br>Time: 2:00 p.m.<br>Courtroom:  1 – 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |
| NATHAN THOMS, individually and on behalf of himself and others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>OFFICEMAX NORTH AMERICA, INC., an Ohio corporation; and DOES 2 through 50, inclusive,<br><br>          Defendants. | Case No. 4:11-cv-02233 YGR |

STONEBARGER LAW
A Professional Corporation

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that on March 25, 2014, at 2:00 p.m., or as soon thereafter as counsel can be heard in Courtroom 1, 4th Floor located at 1301 Clay Street, Oakland, CA 94612, Plaintiffs will and hereby do move the Court for an Order for Final Approval of the Class Action Settlement in this matter.

This motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities, the supporting declarations and exhibits submitted herewith, the records and files in this action, and upon such further and additional papers and argument as may be presented herein.

On November 14, 2013, this Court granted preliminary approval of the Class Action Settlement in this matter, and ordered Defendant OfficeMax North America, Inc. ("Defendant") to provide Notice to the Class of the pendency of the action and the pendency of the preliminarily approved settlement. Also, in the Preliminary Approval Order, the Court stated that Class Counsel shall submit a Motion for Final Approval of the Proposed Class Settlement on or before March 14, 2014. The Class members had ample time to review the proposed settlement and file any objections to the approved settlement. No objections have been filed.

Accordingly, Plaintiff hereby submits this Motion for Final Approval of Class Action Settlement on the grounds that the settlement is a fair, reasonable and adequate resolution of the Class claims against Defendant.

DATED: March 14, 2014                STONEBARGER LAW, APC
                                     PATTERSON LAW GROUP, APC


                                     By  */s/ Gene J. Stonebarger*
                                         Gene J. Stonebarger
                                         Attorneys for Plaintiffs and the Class