**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NANCY DARDARIAN**, *et al.*,<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**OFFICEMAX NORTH AMERICA, INC.,**<br><br>    **Defendant.** | Case No.: 11-CV-00947 YGR<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION FOR ATTORNEY FEES** |

For reasons of docket management, the Court **DENIES WITHOUT PREJUDICE** plaintiffs' pending motion for attorney fees. Consistent with the statements made on the record at the motion hearing held March 25, 2014, plaintiffs may file a renewed motion for attorney fees along with the contemplated joint submission of data regarding the settlement class's redemption of merchandise vouchers. The renewed motion shall be set for hearing no later than **October 28, 2014**.

In the renewed motion, or any opposition or reply filed in connection therewith, the parties may incorporate by reference, in whole or in part, docket entries 133, 136, and 137 (plaintiffs' motion for attorney fees, defendant's opposition, and plaintiffs' reply, respectively).

This Order terminates Docket No. 133.

**IT IS SO ORDERED**.

Date: March 27, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**