**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NANCY DARDARIAN**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**OFFICEMAX NORTH AMERICA, INC.**,<br><br>Defendant. | Case No.: 11-CV-0947 YGR<br><br>**ORDER VACATING HEARING ON RENEWED MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS** |

The Court has reviewed the papers submitted by the parties in connection with plaintiffs' Renewed Motion for Award of Attorneys' Fees and Costs (Dkt. No. 142) and has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the hearing set for October 28, 2014 is **VACATED**. The Court will issue a written decision on the papers.

**IT IS SO ORDERED**.

Date: October 15, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**